UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv302

| | |
|---|---|
| PATRICK CHRISTIAN, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| RODNEY MOORE, DANIEL BAILEY, ) | |
| JR., and JAMES TOWNSEND. ) | |
|     Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court sua sponte for purposes of recusal in the above-captioned case.

**IT IS, THEREFORE, ORDERED** that the undersigned hereby recuses himself from this matter. The Clerk of Court is directed to reassign this case to another judge within this District.

Signed: August 19, 2010

Richard L. Voorhees
United States District Judge