# United States District Court
# For The Western District of North Carolina
# Charlotte Division

PATRICK O. CHRISTIAN,

    Plaintiff(s),

vs.

MOORE ET AL,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 3:10CV302

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/29/2010 Order.

Signed: August 30, 2010

Frank G. Johns, Clerk
United States District Court